UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ES TRUST,<br>Plaintiff,<br>v.<br>JONATHAN E. LIM, et al.,<br>Defendants. | Case No.: 26-cv-04517-AJB-JLB<br>**ORDER GRANTING JOINT MOTION TO STAY DERIVATIVE CASE**<br>(Doc. No. 19) |

The present action is related to *Cheng v. Erasca*, No. 26-cv-03481-AJB-JLB (S.D. Cal. filed June 10, 2026), a putative securities class action alleging violations of federal securities laws. (Doc. No. 19 at 2; *see also* Doc. Nos. 2; 4.) The present action is a stockholder derivative action, which also alleges violations of federal securities laws. (Doc. No. 19 at 2.) Following conferral, the parties agree that developments in *Cheng* "may help inform the Parties and Court on the manner in which [the present a]ction should proceed." (*Id.* at 3.) The parties also agree that a stay would conserve party and judicial resources. (*Id.*) The parties accordingly ask the Court to stay the Defendants' deadline to respond to the complaint in the present action as well as all other proceedings and deadlines. (*Id.*) The parties have thus filed the present Joint Motion to Stay Derivative Case. (*Id.*)

Good cause appearing, the Joint Motion is **GRANTED**. The present action is **STAYED** pending the resolution of *Cheng v. Erasca*, No. 26-cv-03481-AJB-JLB (S.D.

Cal. filed June 10, 2026), including the exhaustion of all appeals. Any party may seek to lift the stay after providing 10-days' notice that it no longer consents to the stay. Within **30 days** of the lifting or termination of the stay, the Parties must file a joint status report addressing further proceedings.

**IT IS SO ORDERED**.

Dated: October 7, 2026

Hon. Anthony J. Battaglia
United States District Judge